```
RECEIPT # 62159
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 3-14-05
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No._____

|  |  |
|---|---|
| GLENN S. BATES,<br>    Plaintiff<br><br>v.<br><br>TOWN OF HARWICH and<br>HARWICH POLICE<br>DEPARTMENT<br>    Defendants | NOTICE OF REMOVAL |

05 10489 MEL

MAGISTRATE JUDGE Collings

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants pursuant to the provision of 28 U.S.C. §§ 1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Barnstable, where it is currently pending, based on the following grounds:

1. This is an action in which the plaintiff alleges violations of his civil rights under the Fourteenth Amendments to the U.S. Constitution. The plaintiff seeks relief presumably pursuant to 42 U.S.C. §1983. See Complaint, ¶¶ 36-39, affixed hereto and incorporated by reference. The plaintiff also asserts state claims alleging negligence and assault and battery. See Complaint, ¶¶ 10-31, affixed hereto and incorporated by reference.

2. This Court has jurisdiction over the plaintiff's constitutional claims pursuant to 28 U.S.C. §1441.

3. This removal is timely, as the defendants were served of this action on February 24, 2005.

4. All defendants have consented to the removal of the matter to the United States District Court for the District of Massachusetts.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DEFENDANTS
TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT
By their Attorneys,

WYNN & WYNN, P.C.

_____
Charles D. Mulcahy
90 New State Highway
Raynham, MA    02767
(508) 823-4567
BBO #359360

March 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 14, 2005.

_____
Charles D. Mulcahy, Esquire

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:  CONTRACT    TORT
                          MOTOR VEHICLE TORT     EQUITABLE RELIEF          OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                                SUPERIOR COURT
                                                                    No.

Glenn S. Bates

A TRUE COPY ATTEST    2/24/05

DEPUTY SHERIFF

vs.

Town of Harwich
Harwich Police Department

## SUMMONS

To the above-named defendant:

You are hereby summoned and required to serve upon __ERIC  T.  CRANE__
_____ plaintiff's attorney, whose address is
__255  Main  St.,  Hyannis,  MA  02601_____, an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO   Esquire, at Barnstable, the __22nd__
day of __February_____, in the year of our Lord two thousand and __2005__.

_Scott W. Nickerson_ Clerk

NOTE: When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Glenn Bates | Town of Harwich; Harwich Police Department |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (508) 775-2100 Eric J. Crane Michael J. Dean & Associates, LLC 255 Main St., Hyannis, MA 02601 Board of Bar Overseers number: 628882 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E03 | Action against Commonwealth | (A) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $+/-100000.00
2. Total Doctor expenses .............................................................. $+/- 50000.00
3. Total chiropractic expenses ....................................................... $...........
4. Total physical therapy expenses .................................................. $+/- 10000.00
5. Total other expenses (describe) .................................................. $...........
   Subtotal $+/-160000.00

B. Documented lost wages and compensation to date ................................... $...........
C. Documented property damages to date ............................................... $ unknown
D. Reasonably anticipated future medical and hospital expenses ........................ $...........
E. Reasonably anticipated lost wages ................................................. $...........
F. Other documented items of damages (describe) ..................................... $...........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Plaintiff suffered two gun shot wounds to back resulting in, among other things, a ruptured spleen, shattered kidney and damage to canal and peripheral nerves of the spine.
   TOTAL $ 160000.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ .............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 11/29/04

AOTC-6 mc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
SUPERIOR COURT DEPARTMENT

BARNSTABLE, ss.                                             CIVIL ACTION NO.: 04-

GLENN S. BATES,
                    Plaintiff
v.
                                                            VERIFIED
TOWN OF HARWICH AND                                         COMPLAINT
HARWICH POLICE DEPARTMENT,
                    Defendants

## STATEMENT OF THE CASE

The Plaintiff, in 6 Counts, seeks relief against the Defendants to receive payment for his personal injuries that he suffered when he was shot and beaten by two officers of the Harwich Police Department in the Town of Harwich. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Plaintiff's home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts without knocking on the door, without ringing the doorbell and without announcing their presence or the purpose of their presence. Shortly after 10:00 am, Christopher Kender of the Harwich Police Department discharged his firearm into the person of the Plaintiff and used excessive force to secure Mr. Bates. Barry Mitchell also of the Harwich Police Department used excessive force in securing the Plaintiff.

## PARTIES

1. The Plaintiff, Glenn S. Bates, is an individual with a usual residential address of 45 Newton Avenue, Hyannis, Massachusetts.

2. The Defendant Harwich Police Department is an agent of the municipality known as the Town of Harwich and has an address of 183 Sisson Road, Harwich Massachusetts.

3. The Defendant Town of Harwich is a municipality in Massachusetts with an address of 732 Main Street, Harwich, Massachusetts.

## FACTS

4. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts, without knocking.

5. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts, without ringing the doorbell.

6. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts without announcing their presence or the purpose of their presence.

7. On or about November 30, 2001 shortly after approximately 10:00 am officer Christopher Kender of the Harwich Police Department discharged his firearm into the person of Mr. Bates.

8. On or about November 30, 2001 at approximately 10:00 officer Christopher Kender of the Harwich Police Department used excessive force to secure Mr. Bates.

9. On or about November 30, 2001 at approximately 10:00 am Barry Mitchell used excessive force in securing Mr. Bates.

## COUNT I – NEGLIGENCE
## TOWN OF HARWICH

10. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-9 of this Complaint and make them part hereof.

11. The Town of Harwich owed the Plaintiff a duty of care.

12. The Town of Harwich breached that duty of care.

13. The Plaintiff suffered injuries as a result of the breach of care.

14. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

## COUNT II – NEGLIGENCE
## HARWICH POLICE DEPARTMENT

15. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-14 of this Complaint and make them part hereof.

16. The Harwich Police Department owed the Plaintiff a duty of care.

17. The Harwich Police Department breached that duty of care.

18. The Plaintiff suffered injuries as a result of the breach of duty of care.

19. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

### COUNT III – ASSAULT AND BATTERY
### TOWN OF HARWICH

20. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-19 of this Complaint and make them part hereof.

21. Officers Christopher Kender and Barry Mitchell as agents of the Town of Harwich owed the Plaintiff a duty of care.

24. Officer Christopher Kender and Barry Mitchell as agents of the Town of Harwich breached that duty of care.

25. The Plaintiff suffered injuries as a result of the breach of duty of care.

26. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

### COUNT IV – ASSAULT AND BATTERY
### HARWICH POLICE DEPARTMENT

27. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-25 of this Complaint and make them part hereof.

28. Officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich owed the Plaintiff a duty of care.

29. Officer Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich breached that duty of care.

30. The Plaintiff suffered injuries as a result of the breach of duty of care.

31. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

### COUNT V – VIOLATION OF CIVIL RIGHTS 42 U.S.C. sec. 1983
### HARWICH POLICE DEPARTMENT

32. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-31 of this Complaint and make them part hereof.

33. The officers of the Harwich Police Department acted under color of state law when apprehending the Plaintiff.

34. The Harwich Police Department deprived the Plaintiff of rights guaranteed, secured and protected by the Constitution and the laws of the United States.

35. The conduct of the Harwich Police Department was the cause of the Plaintiff's deprivation of rights.

### COUNT VI – VIOLATION OF CIVIL RIGHTS 42 U.S.C. sec. 1983
### TOWN OF HARWICH

36. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-35 of this Complaint and make them part hereof.

37. Officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich acted under color of state law when apprehending the Plaintiff.

38. Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich deprived the Plaintiff of rights guaranteed, secured and protected by the Constitution and the laws of the United States.

39. The conduct of officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich was the cause of the Plaintiff's deprivation of rights.

Respectfully Submitted,

Counsel For Plaintiff:

Eric J. Crane
Michael J. Dean
Michael J. Dean & Associates, LLC
255 Main Street
Hyannis, Massachusetts 02601
(508) 775-2100
BBO# 628882

## VERIFICATION

I, the undersigned, being duly sworn, state that I am the Plaintiff in the above-entitled matter; that I have read the foregoing Complaint and know the contents thereof, and that the same is true based upon personal knowledge or upon information and belief.

Dated: 11/29/04

Glenn S. Bates

# Commonwealth of Massachusetts
## County of Barnstable
### The Superior Court

CIVIL DOCKET# BACV2004-00705

RE: Bates v Harwich Police Department et al

TO: Eric Crane, Esquire
Dean & Associates (Michael J) LLC
255 Main Street
Hyannis, MA 02601

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 02/27/2005 |
| Response to the complaint filed (also see MRCP 12) | 04/28/2005 |
| All motions under MRCP 12, 19, and 20 filed | 04/28/2005 |
| All motions under MRCP 15 filed | 02/22/2006 |
| All discovery requests and depositions completed | 01/18/2007 |
| All motions under MRCP 56 served and heard | 03/19/2007 |
| Final pre-trial conference held and firm trial date set | 08/19/2007 |
| Case disposed | 11/29/2007 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant **before the deadline for filing return of service.**

This case is assigned to session A sitting in Civil A, Barnstable Superior Court.

Dated: 11/30/2004

Scott W. Nickerson
Clerk of the Courts

BY: John S. Dale
Assistant Clerk

Location: Civil A
Telephone: (508) 375-6684

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website for status of case: http://ma-trialcourts.org/tcic

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Glenn S. Bates | Town of Harwich and Harwich Police Department |
| (b) County of Residence of First Listed Plaintiff  Barnstable<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  Barnstable<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Eric J. Crane, Esquire, 255 Main Street, Hyannis, MA 02601 (508) 775-2100 | Attorneys (If Known)<br>Charles D. Mulcahy, Esquire, Wynn & Wynn, P.C., 90 New State Highway, Raynham, MA. 02767 (508) 823-4567 |

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☐ 1  Original Proceeding
☒ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Plaintiff claims defendants violated his right under the Fourteenth Amendment to the U.S. Constitution and seeks damages pursuant to 42 USC Section 1983.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE  Barnstable Superior Court  DOCKET NUMBER  BACV2004-00705

DATE  3-10-05
SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Glenn S. Bates v. Town of Harwich et al**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [✓] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

   **05 10489 MEL**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Bates v. Town of Harwich et al, Barnstable Superior Court, CA No. BACV2004-00705

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [✓]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Charles D. Mulcahy, Esquire
ADDRESS   Wynn & Wynn, P.C., 90 New State Highway, Raynham, MA 02767
TELEPHONE NO.   (508) 823-4567

(CategoryForm.wpd - 2/15/05)