UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No._____

GLENN S. BATES,
    Plaintiff

v.

TOWN OF HARWICH and
HARWICH POLICE
DEPARTMENT
    Defendant

05 10489 MEL

## NOTICE OF APPEARANCE

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter my appearance as counsel for Defendants, Town of Harwich and Harwich Police Department, in the above-captioned action.

DEFENDANTS
TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT
By their Attorneys,

WYNN & WYNN, P.C.

_____
Charles D. Mulcahy
90 New State Highway
Raynham, MA   02767
(508) 823-4567
BBO #359360

March 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 14, 2005.

_____
Charles D. Mulcahy, Esquire