# Wynn & Wynn, P.C.

• ATTORNEYS •



90 New State Highway
Raynham, MA 02767
(508) 823-4567
Fax (508) 822-4097
1 (800) 852-5211
http://www.wynnwynn.com

March 29, 2005

Elizabeth K. Balaschak
William E. Enright, Jr.
Thomas M. Grimmer
Richard A. Martone
Kevin P. McRoy
Robert F. Mills
Charles D. Mulcahy
John J. O'Day, Jr.
Kevin J. O'Malley
Thomas E. Pontes
Michael J. Princi
Rebecca C. Richardson
Janice E. Robbins
William Rosa*
Louis V. Sorgi, Jr.
Dina M. Swanson
Robert Venturo
John A. Walsh
Paul F. Wynn
Thomas J. Wynn

Of Counsel
Hon. Robert L. Steadman (Ret.)
Thomas A. Maddigan
Hon. James F. McGillen, II (Ret.)
Hon. James J. Nixon (Ret.)

Admitted:
*Massachusetts and Rhode Island

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

RE:   Glenn S. Bates v. Town of Harwich et al
      United States District Court, C.A. No. 05-10489-MEL

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find certified copies of documents received from Barnstable Superior Court.

Thank you for your attention to this matter.

Very truly yours,

WYNN & WYNN, P.C.

Charles D. Mulcahy

CDM/ktm
Enclosures
cc:   Eric J. Crane, Esquire
      Andrew P. Shepley, Claim Examiner (GFMS #228757)

Affiliate Office:  Hyannis  300 Barnstable Road • Hyannis, MA 02601 • (508) 775-3665

# Commonwealth of Massachusetts

**BARNSTABLE, ss.**                                                                 **SUPERIOR COURT**

No. 04-705

*FILED*
*2005 MAR 31 A 11:57*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

I, Nancy N. Weir, Assistant Clerk of the Superior Court within and for said County of Barnstable, having, by law, the custody of the seal and all the records, books, documents and papers of, or appertaining to said Court, hereby certify that the papers hereto annexed are true copies of the papers appertaining to said Court, and on file and of record in the Office of said Court, relating to the case of GLENN BATES vs. HARWICH POLICE DEPARTMENT, TOWN OF HARWICH, case #04-705.

In witness whereof, I have hereunto set my hand and the seal of said Court, this twenty-second day of March in the year of our Lord two thousand five.

*Nancy N. Weir*
Assistant Clerk

**BARNSTABLE SUPERIOR COURT**
Case Summary
Civil Docket

# BACV2004-00705
## Bates v Harwich Police Department et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/29/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 03/22/2005 | **Session** | A - Civil A- Barnstable Superior Court | | |
| **Origin** | 1 | **Case Type** | E03 - Action against Commonwealth/municpl | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 02/27/2005 | **Answer** | 04/28/2005 | **Rule12/19/20** | 04/28/2005 |
| **Rule 15** | 02/22/2006 | **Discovery** | 01/18/2007 | **Rule 56** | 03/19/2007 |
| **Final PTC** | 08/19/2007 | **Disposition** | 11/29/2007 | **Jury Trial** | Unknown |

### PARTIES

**Plaintiff**
Glenn S Bates
45 Newton Avenue
Hyannis, MA 02601
Active 11/29/2004

**Private Counsel 628882**
Eric Crane
Dean & Associates (Michael J) LLC
255 Main Street
Hyannis, MA 02601
Phone: 508-775-2100
Fax: 508-775-7100
Active 11/29/2004 Notify

**Defendant**
Harwich Police Department
183 Sisson Road
Served: 02/24/2005
Served (answr pending) 03/01/2005

**Private Counsel 359360**
Charles D Mulcahy
Wynn & Wynn
90 New State Highway
Raynham, MA 02767
Phone: 508-823-4567
Fax: 508-822-4097
Active 03/18/2005 Notify

**Defendant**
Town of Harwich
732 Main Street
Served: 02/24/2005
Served (answr pending) 03/01/2005

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/29/2004 | | Filing fee paid in the amount of $275 including $15.00 surcharge and $20.00 security fee. |
| 11/29/2004 | 1.0 | COMPLAINT & civil action cover sheet |
| 11/29/2004 | | Origin 1, Type E03, Track A, copy faxed |
| 03/01/2005 | 2.0 | SERVICE RETURNED: Defendant Harwich Police Department accepted by Lt. Barry Mitchell, agent |
| 03/01/2005 | 3.0 | SERVICE RETURNED: Defendant Town of Harwich, accepted by Anita N. Doucette, Town Clerk, agent |
| 03/18/2005 | 4.0 | NOTICE: defendants' of removal to United States District Court |
| 03/22/2005 | | Case REMOVED this date to US District Court of Massachusetts |

MAS-20041213
birelyka
Case 1:05-cv-10489-NMG   Document 6   Filed 03/31/2005   Page 4 of 18
Commonwealth of Massachusetts
BARNSTABLE SUPERIOR COURT
Case Summary
Civil Docket
03/22/2005
10:02 AM

## BACV2004-00705
## Bates v Harwich Police Department et al

| Date | Session | Event | Result |
|---|---|---|---|
| 03/18/2005 | Civil A- Barnstable Superior Court | Status: administrative<br>left mess. - need $18.50 to proceed | Event held as scheduled |
| 04/04/2005 | Civil A- Barnstable Superior Court | Status: Clerk Follow UP<br>check for money for removal , if received close out case if not call atty | Event held as scheduled |

| CIVIL ACTION COVER SHEET | DOCKET NO(S). 04-705 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) Glenn Bates | DEFENDANT(S) Town of Harwich; Harwich Police Department |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (508) 775-2100 Eric J. Crane Michael J. Dean & Associates, LLC 255 Main St., Hyannis, MA 02601 Board of Bar Overseers number: 628882 | ATTORNEY (if known) |

SUPERIOR COURT
BARNSTABLE SS
FILED NOV 29 2004
_____ Clerk

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E03 | Action against Commonwealth | (A) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................. $ +/- 100,000.00
2. Total Doctor expenses .................................................. $ +/- 50,000.00
3. Total chiropractic expenses ........................................... $ ..............
4. Total physical therapy expenses ....................................... $ +/- 10,000.00
5. Total other expenses (describe) ....................................... $ ..............
   Subtotal $ +/- 160,000.00
B. Documented lost wages and compensation to date ......................... $ ..............
C. Documented property damages to date .................................... $ ..............
D. Reasonably anticipated future medical and hospital expenses ............ $ unknown
E. Reasonably anticipated lost wages ...................................... $ ..............
F. Other documented items of damages (describe)
   $ ..............

Brief description of plaintiff's injury, including nature and extent of injury (describe)

Plaintiff suffered two gun shot wounds to back resulting in, among other things, a ruptured spleen, shattered kidney and damage to canal and peripheral nerves of the spine.

TOTAL $ 160,000.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 11/29/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

SUPERIOR COURT
BARNSTABLE SS
FILED NOV * 0 200*
_____ Clerk

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
SUPERIOR COURT DEPARTMENT

BARNSTABLE, ss.                    CIVIL ACTION NO.: 04-705

GLENN S. BATES,
            Plaintiff
v.
                                    VERIFIED
TOWN OF HARWICH AND                 COMPLAINT
HARWICH POLICE DEPARTMENT,
            Defendants

## STATEMENT OF THE CASE

The Plaintiff, in 6 Counts, seeks relief against the Defendants to receive payment for his personal injuries that he suffered when he was shot and beaten by two officers of the Harwich Police Department in the Town of Harwich. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Plaintiff's home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts without knocking on the door, without ringing the doorbell and without announcing their presence or the purpose of their presence. Shortly after 10:00 am, Christopher Kender of the Harwich Police Department discharged his firearm into the person of the Plaintiff and used excessive force to secure Mr. Bates. Barry Mitchell also of the Harwich Police Department used excessive force in securing the Plaintiff.

## PARTIES

1.     The Plaintiff, Glenn S. Bates, is an individual with a usual residential address of 45 Newton Avenue, Hyannis, Massachusetts.

2.     The Defendant Harwich Police Department is an agent of the municipality known as the Town of Harwich and has an address of 183 Sisson Road, Harwich Massachusetts.

3.     The Defendant Town of Harwich is a municipality in Massachusetts with an address of 732 Main Street, Harwich, Massachusetts.

## FACTS

4.     On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts, without knocking.

5. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts, without ringing the doorbell.

6. On or about November 30, 2001 at approximately 10:00 am officers of the Harwich Police Department, entered Mr. Bates home located at 621 Main Street, Apartment B in the Town of Harwich, Massachusetts without announcing their presence or the purpose of their presence.

7. On or about November 30, 2001 shortly after approximately 10:00 am officer Christopher Kender of the Harwich Police Department discharged his firearm into the person of Mr. Bates.

8. On or about November 30, 2001 at approximately 10:00 officer Christopher Kender of the Harwich Police Department used excessive force to secure Mr. Bates.

9. On or about November 30, 2001 at approximately 10:00 am Barry Mitchell used excessive force in securing Mr. Bates.

## COUNT I – NEGLIGENCE
## TOWN OF HARWICH

10. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-9 of this Complaint and make them part hereof.

11. The Town of Harwich owed the Plaintiff a duty of care.

12. The Town of Harwich breached that duty of care.

13. The Plaintiff suffered injuries as a result of the breach of care.

14. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

## COUNT II – NEGLIGENCE
## HARWICH POLICE DEPARTMENT

15. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-14 of this Complaint and make them part hereof.

16. The Harwich Police Department owed the Plaintiff a duty of care.

17. The Harwich Police Department breached that duty of care.

18. The Plaintiff suffered injuries as a result of the breach of duty of care.

19. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

## COUNT III – ASSAULT AND BATTERY
## TOWN OF HARWICH

20. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-19 of this Complaint and make them part hereof.

21. Officers Christopher Kender and Barry Mitchell as agents of the Town of Harwich owed the Plaintiff a duty of care.

24. Officer Christopher Kender and Barry Mitchell as agents of the Town of Harwich breached that duty of care.

25. The Plaintiff suffered injuries as a result of the breach of duty of care.

26. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

## COUNT IV – ASSAULT AND BATTERY
## HARWICH POLICE DEPARTMENT

27. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-25 of this Complaint and make them part hereof.

28. Officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich owed the Plaintiff a duty of care.

29. Officer Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich breached that duty of care.

30. The Plaintiff suffered injuries as a result of the breach of duty of care.

31. The Plaintiff's injuries were the proximate cause of the Defendant's breach of duty of care.

## COUNT V – VIOLATION OF CIVIL RIGHTS 42 U.S.C. sec. 1983
## HARWICH POLICE DEPARTMENT

32. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-31 of this Complaint and make them part hereof.

33. The officers of the Harwich Police Department acted under color of state law when apprehending the Plaintiff.

34. The Harwich Police Department deprived the Plaintiff of rights guaranteed, secured and protected by the Constitution and the laws of the United States.

35. The conduct of the Harwich Police Department was the cause of the Plaintiff's deprivation of rights.

## COUNT VI – VIOLATION OF CIVIL RIGHTS 42 U.S.C. sec. 1983
## TOWN OF HARWICH

36. The Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-35 of this Complaint and make them part hereof.

37. Officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich acted under color of state law when apprehending the Plaintiff.

38. Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich deprived the Plaintiff of rights guaranteed, secured and protected by the Constitution and the laws of the United States.

39. The conduct of officers Christopher Kender and Barry Mitchell as members of the Harwich Police Department for the Town of Harwich was the cause of the Plaintiff's deprivation of rights.


Respectfully Submitted,

Counsel For Plaintiff:

> Eric J. Crane
> Michael J. Dean
> Michael J. Dean & Associates, LLC
> 255 Main Street
> Hyannis, Massachusetts 02601
> (508) 775-2100
> BBO# 628882

## VERIFICATION

    I, the undersigned, being duly sworn, state that I am the Plaintiff in the above-entitled matter; that I have read the foregoing Complaint and know the contents thereof, and that the same is true based upon personal knowledge or upon information and belief.

Dated: 11/29/04

Glenn S. Bates

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT   TORT
MOTOR VEHICLE TORT   EQUITABLE RELIEF   OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                                 SUPERIOR COURT
                                                                No. 04-705

Glenn S. Bates

                                    SUPERIOR COURT
                                    BARNSTABLE SS
                                    FILED MAR - 1 2005
                                    _____ Clerk

vs.

Town of Harwich
Harwich Police Department


## SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon ........ERIC J. CRANE........

................................................ plaintiff's attorney, whose address is

255 Main St. Hyannis, MA. 02601 .................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

        SUZANNE V. DEL VECCHIO
Witness, .................... Esquire, at Barnstable, the ........22nd........

day of ........February........, in the year of our Lord two thousand and ........2005........

                                                      _____ Clerk

NOTE: When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:    CONTRACT    TORT
MOTOR VEHICLE TORT        EQUITABLE RELIEF            OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                                                    SUPERIOR COURT
                                                                                   No. 04-705

Glenn S. Bates

> SUPERIOR COURT
> BARNSTABLE SS
> FILED  MAR - 1 2005
> _Scott W. Nickerson_  Clerk

vs.

Town of Harwich
Harwich Police Department

## SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon ......Eric J. Crane..........
....................................................... plaintiff's attorney, whose address is
...255 Main St. Hyannis, MA 02601........................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness,   SUZANNE V. DEL VECCHIO   Esquire, at Barnstable, the ......22nd......
day of ......February......, in the year of our Lord two thousand and ...2005...

                                                            _Scott W. Nickerson_  Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

SUPERIOR COURT
BARNSTABLE SS
FILED MAR 1 8 2005
[signature] Clerk

FILED
CLERKS OFFICE
2005 MAR 14 P 3:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. _____

|  |  |
|---|---|
| GLENN S. BATES,<br>Plaintiff | * <br> * <br> * |
| v. | *    NOTICE OF REMOVAL <br> * |
| TOWN OF HARWICH and<br>HARWICH POLICE<br>DEPARTMENT<br>Defendants | * <br> *    **05 10489 MEL**<br> * <br> * <br> * |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants pursuant to the provision of 28 U.S.C. §§ 1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Barnstable, where it is currently pending, based on the following grounds:

1. This is an action in which the plaintiff alleges violations of his civil rights under the Fourteenth Amendments to the U.S. Constitution. The plaintiff seeks relief presumably pursuant to 42 U.S.C. §1983. See Complaint, ¶¶ 36-39, affixed hereto and incorporated by reference. The plaintiff also asserts state claims alleging negligence and assault and battery. See Complaint, ¶¶ 10-31, affixed hereto and incorporated by reference.

2. This Court has jurisdiction over the plaintiff's constitutional claims pursuant to 28 U.S.C. §1441.

3. This removal is timely, as the defendants were served of this action on February 24, 2005.

4. All defendants have consented to the removal of the matter to the United States District Court for the District of Massachusetts.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

                              DEFENDANTS
                              TOWN OF HARWICH AND HARWICH
                              POLICE DEPARTMENT
                              By their Attorneys,

                              WYNN & WYNN, P.C.

                              _____
                              Charles D. Mulcahy
                              90 New State Highway
                              Raynham, MA   02767
                              (508) 823-4567
                              BBO #359360

March 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 14, 2005.

_____
Charles D. Mulcahy, Esquire

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Glenn S. Bates

**DEFENDANTS**
Town of Harwich and Harwich Police Department

(b) County of Residence of First Listed Plaintiff  Barnstable
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Barnstable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Eric J. Crane, Esquire, 255 Main Street, Hyannis, MA 02601 (508) 775-2100

Attorneys (If Known)
Charles D. Mulcahy, Esquire, Wynn & Wynn, P.C., 90 New State Highway, Raynham, MA 02767 (508) 823-4567

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Plaintiff claims defendants violated his right under the Fourteenth Amendment to the U.S. Constitution and seeks damages pursuant to 42 USC Section 1983.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE  Barnstable Superior Court   DOCKET NUMBER BACV2004-00705

DATE 3-10-05
SIGNATURE OF ATTORNEY OF RECORD  /s/ Charles D. Mulcahy

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 MAR 14 P 3: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Title of case (name of first party on each side only) **Glenn S. Bates v. Town of Harwich et al**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [x] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **05 10489 MEL**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Bates v. Town of Harwich et al, Barnstable Superior Court, CA No. BACV2004-00705

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [x]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Charles D. Mulcahy, Esquire
ADDRESS  Wynn & Wynn, P.C., 90 New State Highway, Raynham, MA 02767
TELEPHONE NO.  (508) 823-4567

(CategoryForm.wpd - 2/15/05)

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
SUPERIOR COURT DEPARTMENT

BARNSTABLE, SS.                              CIVIL ACTION NO. BACV2004-00705

| | |
|---|---|
| GLENN S. BATES, Plaintiff | * * * |
| v. | * * |
| TOWN OF HARWICH and HARWICH POLICE DEPARTMENT Defendant | * * * * * |

WRITTEN NOTICE OF REMOVAL TO FEDERAL COURT
PURSUANT TO 28 U.S.C. §1445(D)

TO:   Plaintiff Glenn S. Bates
      Through his attorney,
      Eric J. Crane, Esquire
      Michael J. Dean & Associates, LLC
      255 Main Street
      Hyannis, MA   02601

AND:  Clerk, Civil
      Barnstable Superior Court
      3195 Main Street
      P. O. Box 425
      Barnstable, MA   02630

Please take notice that a Notice of Removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Barnstable County, to the United States District Court for the District of Massachusetts (a copy of which Notice of Removal is annexed hereto) was duly filed in the United States District Court for the District of Massachusetts.

Please take further notice that this Notice and a copy of the Notice of Removal, certified by the United States District Court for the District of Massachusetts, has been duly filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Barnstable County, which filing removes this action and, in accordance with 28 U.S.C. §1446(d), the Superior Court shall proceed no further herein unless and until this case is remanded by the United States District Court.

<div style="margin-left: 50%;">

DEFENDANTS
TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT
By their Attorneys,

WYNN & WYNN, P.C.

_____
Charles D. Mulcahy
90 New State Highway
Raynham, MA   02767
(508) 823-4567
BBO #359360

</div>

March 16, 2005

### CERTIFICATE OF SERVICE

I, Charles D. Mulcahy, hereby certify that on the below date, I served a copy of the foregoing Written Notice of Removal, by first class mail, postage prepaid, to the following counsel of record:

<div style="margin-left: 50%;">

Eric J. Crane, Esquire
Michael J. Dean & Associates, LLC
255 Main Street
Hyannis, MA   02601

_____
Charles D. Mulcahy, Esquire

</div>

Dated: March 16, 2005