UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>          Plaintiff,<br><br>v.<br><br>TOWN OF HARWICH<br>and<br>HARWICH POLICE DEPARTMENT,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of Plaintiff Glenn S. Bates ("Plaintiff") in this action.

Respectfully submitted,

GLENN S. BATES,

By his attorney,

_____
Timothy J. Perry (BBO # 631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02109
(617) 742-9012

Dated: April 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: April 27, 2005

_____
Timothy J. Perry