UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br>Plaintiff | *<br>*<br>*<br>* |
| v. | *<br>* |
| TOWN OF HARWICH and<br>HARWICH POLICE<br>DEPARTMENT<br>Defendant | *<br>*<br>*<br>*<br>* |

## JOINT SCHEDULING STATEMENT

1. DISCOVERY PLAN

   The parties propose the following discovery plan:

   a. Automatic document disclosure to be completed on or about May 13, 2005;

   b. All written discovery shall be served on or before October 31, 2005 and shall be completed by February 28, 2006;

   c. Supplemental written discovery requests shall be served on or before April 30, 2006;

   d. All non-expert depositions to be completed by January 31, 2006;

   e. Plaintiff's expert witnesses shall be designated by February 28, 2006 and Defendants' expert witnesses shall be designated within 30 days after Plaintiff's disclosure;

   f. All expert depositions shall be completed within 30 days of Defendants' expert designation.

2. MOTION SCHEDULE

   a. All dispositive motions are to be filed on or before February 28, 2006.

3.  ADR SCHEDULE

    If the parties agree to submit this matter to alternative dispute resolution through the court-sponsored mediation program, they shall schedule mediation for a mutual agreeable time after the completion of discovery.

4.  CERTIFICATIONS

    The parties will file L.R. 16.1 certifications of conferral on or before the date of the scheduling conference.

5.  CONSENT TO TRIAL BY MAGISTRATE

    The parties at this time do not consent to trial of this matter before a magistrate judge but would reserve the right to amend this provision.

| PLAINTIFF, | DEFENDANTS |
| By his Attorney, | By their Attorneys, |

Timothy J. Perry
BBO# 631397
Preti Flaherty LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 742-9012

Charles D. Mulcahy, Esquire
BBO# 359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567