UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489MEL

| | |
|---|---|
| GLENN S. BATES, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF HARWICH <br> and <br> HARWICH POLICE DEPARTMENT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATION

Plaintiff Glenn S. Bates ("Plaintiff") and his undersigned counsel hereby certify as follows:

(a) Plaintiff and his counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

(b) Plaintiff and his counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF

*Glenn S. Bates*
GLENN S. BATES

By his Attorney,

*[signature]*
Timothy J. Perry (BBO#631397)
Preti Flaherty LLP
114 State Street, Second Floor
Boston, MA 02109
(617) 742-9012
fax (617) 742-9013

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: April 28, 2005

_____
Timothy J. Perry