# UNITED STATES DISTRICT COURT

District of             MASSACHUSETTS

GLENN S. BATES

V.

**SUMMONS IN A CIVIL CASE**

TOWN OF HARWICH,
HARWICH POLICE DEPARTMENT,
CHRISTOPHER KENDER, and
BARRY MITCHELL

CASE NUMBER: 05-10489-MEL

TO: (Name and address of Defendant)

Barry Mitchell
c/o Harwich Police Department
183 Sisson Road
Harwich, MA 02645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty, LLP
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON           05/04/05

CLERK                                       DATE

(By) DEPUTY CLERK

♦AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date              Signature of Server

_____
Address of Server

**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 19, 2005 at 1:54 PM** I served a true and attested copy of Summons & First Amended Complaint, in hand to the within named Defendant, Barry Mitchell, at the last and usual business address to wit: c/o Harwich Police Dept. 183 Sisson Road, Harwich, MA 02645.

Fee:        $40.00

Thomas R. Pennypacker II, Deputy Sheriff
PO Box 391, Harwichport, MA 02646

(1)