# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

GLENN S. BATES

V.

TOWN OF HARWICH,
HARWICH POLICE DEPARTMENT,
CHRISTOPHER KENDER, and
BARRY MITCHELL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10489-MEL

TO: (Name and address of Defendant)

CHRISTOPHER KENDER
c/o Harwich Police Department
183 Sisson Road
Harwich, MA 02645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty, LLP
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK  SARAH A. THORNTON

DATE  05/06/05

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                      *Signature of Server*

                                       _____
                                       *Address of Server*

**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 19, 2005 at 1:54 PM** I served a true and attested copy of Summons & First Amended Complaint, in hand to Lt. Barry Mitchell, agent able to accept civil process for the within named Defendant, Christopher Kendall, at the last and usual business address to wit: c/o Harwich Police Dept. 183 Sisson Road, Harwich, MA 02645.

Fee:        $49.30            _____
                              Thomas R. Pennypacker II, Deputy Sheriff
                              PO Box 391, Harwichport, MA 02646