UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1 |

  Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for defendants Christopher Kender and Barry Mitchell hereby certifies that he conferred with plaintiff's counsel in regard to said defendants' Motion For Enlargement. As a result of said conferral, plaintiff assented to the motion.

                DEFENDANTS

                CHRISTOPHER KENDER AND
                BARRY MITCHELL,

                By their attorneys

                /s/Joseph L. Tehan, Jr.
                Joseph L. Tehan, Jr. (BBO# 494020)
                Jackie Cowin (BBO# 655880)
                Kopelman and Paige, P.C.
                31 St. James Avenue
                Boston, MA 02116
                (617) 556-0007

252755/METG/0629