UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>            Plaintiff<br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,<br><br>            Defendants | ASSENTED-TO MOTION<br>FOR ENLARGEMENT |

Now come defendants Christopher Kender and Barry Mitchell, and pursuant to Fed.R.Civ.P. 6(b) hereby request an enlargement of time of the period within which they must answer the Amended Complaint for a period of thirty (30) days up to, and including July 8, 2005.

As grounds therefor, defendants Kender and Mitchell state that the requested enlargement is necessary to provide a reasoned response to the Amended Complaint. As further grounds therefor, said defendants state that the plaintiff has assented to this motion.

DEFENDANTS
CHRISTOPHER KENDER AND
BARRY MITCHELL,

By their attorneys,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO # 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

252754/METG/0629