UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

        Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

        Defendants

DEFENDANT CHRISTOPHER KENDER'S L.R. 16.1(D)(3) CERTIFICATE

    Now comes defendant Officer Christopher Kender and the undersigned counsel and hereby affirm that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT
CHRISTOPHER KENDER,

_____
Christopher Kender

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO # 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

253316/METG/0629

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>　　　　　Plaintiff<br><br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,<br><br>　　　　　Defendants | DEFENDANT BARRY MITCHELL'S L.R. 16.1(D)(3) CERTIFICATE |

　　　Now comes defendant Officer Barry Mitchell and the undersigned counsel and hereby affirm that they have conferred:

　　　(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

　　　(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

　　　　　　　　　　　　　　　　　COUNSEL TO DEFENDANT
　　　　　　　　　　　　　　　　　BARRY MITCHELL,

_____　　_____
Barry Mitchell　　　　　　　　　　　　　Joseph L. Tehan, Jr. (BBO# 494020)
　　　　　　　　　　　　　　　　　　　Katharine Goree Doyle (BBO # 634131)
　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　31 St. James Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　(617) 556-0007

253316/METG/0629