UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10489-MEL

|  |  |
|---|---|
| GLENN S. BATES, | * |
| Plaintiff | * |
|  | * |
| v. | * |
|  | * |
| TOWN OF HARWICH and | * |
| HARWICH POLICE | * |
| DEPARTMENT | * |
| Defendant | * |
|  | * |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Andrew P. Shepley, Claims Examiner, Guaranty Fund Management Services, insurer of the Town of Harwich, certify that I have conferred with my counsel and discussed the establishment of a budget for the course of the litigation in the above captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution.

Andrew P Shepley, Claims Examiner
Guaranty Fund Management
Services

Respectfully submitted,
Defendant, Town of Harwich
By its Attorneys,

WYNN & WYNN, P.C.

Charles D. Mulcahy, Esquire
BBO#359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567

Dated: June 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.