UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN S. BATES,<br><br>          Plaintiff,<br><br>v.<br><br>TOWN OF HARWICH and<br>HARWICH POLICE DEPARTMENT,<br>CHRISTOPHER KENDER and<br>BARRY MITCHELL,<br><br>          Defendants. | C.A. NO. 05-10489-MEL |

## NOTICE OF APPEARANCE

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Plaintiff in this matter.

Respectfully submitted,
GLENN S. BATES,

By his attorney,

Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.
Dated: October 24, 2005

Gregory T. Donoghue