UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

        Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

        Defendants

PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE

      Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and hereby stipulate and agree that Count I of the Amended Complaint, as against defendants Christopher Kender and Barry Mitchell only, be dismissed with prejudice, without cost, interest or fees to any party, waiving all rights of appeal.

| PLAINTIFF, | DEFENDANTS CHRISTOPHER KENDER AND BARRY MITCHELL, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/_____ | /s/_____ |
| Timothy J. Perry (BBO # 631397) | Joseph L. Tehan, Jr. (BBO # 494020) |
| Preti, Flaherty, LLP | Jackie Cowin (BBO # 655880) |
| 10 High Street, Suite 502 | Kopelman and Paige, P.C. |
| Boston, MA 02109 | 31 St. James Avenue |
| (617) 742-9012 | Boston, MA 02116 |
| | (617) 556-0007 |

DEFENDANTS TOWN OF HARWICH and HARWICH POLICE DEPARTMENT,

By their attorney,

/s/_____
Charles D. Mulcahy (BBO # 359360)
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567

255394/METG/0629