UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

        Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

        Defendants

NOTICE OF APPEARANCE

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter my appearance as additional counsel for defendants Christopher Kender and Barry Mitchell in the above-captioned action. Please note that Joseph L. Tehan, Jr. will remain as counsel for said defendants as well.

DEFENDANTS

BARRY MITCHELL AND
CHRISTOPHER KENDER,

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

268758/METG/0629