UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

                    Plaintiff

v.

TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT, CHRISTOPHER
KENDER, AND BARRY MITCHELL,

                    Defendants

DEFENDANTS CHRISTOPHER
KENDER AND BARRY MITCHELL'S
ASSENTED-TO MOTION TO
SCHEDULE DEPOSITION AT
THE U.S. DISTRICT COURTHOUSE

Now come defendants Christopher Kender and Barry Mitchell, through the undersigned counsel, and hereby request that this Court schedule the deposition of plaintiff Glenn S. Bates at the U.S. District Courthouse at 1 Courthouse Way, Boston. Said defendants wish to use the courthouse so as to ensure the safety of all individuals in attendance, via the security screening in place at the courthouse.

Counsel seeks only the use of a room inside the Courthouse. Should the Court allow the within motion, the parties request a deposition date of January 18, 19, 23, 24, or 25, or a subsequent date of the Court's choosing.

WHEREFORE, defendants Barry Mitchell and Christopher Kender, through the undersigned counsel, respectfully request that this Court schedule a deposition of plaintiff at the U.S. District Courthouse for a date referenced in Paragraph 7.

DEFENDANTS

BARRY MITCHELL AND
CHRISTOPHER KENDER,

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED-TO:

| DEFENDANTS | PLAINTIFF |
|---|---|
| TOWN OF HARWICH AND<br>HARWICH POLICE DEPARTMENT, | GLENN S. BATES, |
| By their attorneys, | By his attorneys, |
| /s/Charles D. Mulcahy /jc | /s/Gregory T. Donoghue /jc |
| Charles D. Mulcahy (BBO# 359360) | Timothy J. Perry (BBO# 631397) |
| Wynn & Wynn, P.C. | Gregory T. Donoghue (BBO#661480) |
| 90 New State Highway | Preti Flaherty LLP |
| Raynham, MA 02767 | 10 High Street |
| (508) 823-4567 | Boston, MA 02109 |
| | (617) 742-9012 |

267237/METG/0629