UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

            Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

            Defendants

**NOTIFICATION OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA  02110-1109
> (617) 556-0007
> FAX (617) 654-1735

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274168/Metg/0629