UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN S. BATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF HARWICH and<br>HARWICH POLICE DEPARTMENT,<br>CHRISTOPHER KENDER and<br>BARRY MITCHELL,<br><br>　　　　　Defendants. | C.A. NO. 05-10489-MEL |

**PLAINTIFF, GLENN S. BATES', RESPONSE
TO DEFENDANTS' MOTION TO COMPEL**

　　　Now comes the Plaintiff, Glenn S. Bates, in response to Defendants Christopher Kender and Barry Mitchell's Motion to Compel Discovery Responses, and states that his responses to defendants' request for interrogatories were mailed today, March 27, 2006. A copy of the answers were also sent to Defendant's counsel, Joseph L. Tehan, Jr. Esq., via facsimile.

　　　WHEREFORE, Plaintiff Glenn S. Bates requests that this Court issue an order denying Defendants' motion to compel on the grounds that it is moot.

Respectfully submitted,

GLENN S. BATES

By his attorneys,

/s/ Gregory Donoghue
Timothy J. Perry (BBO#631397)
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
fax (617) 226-3801

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record via electronic transmission.

Dated: March 27, 2006          /s/ Gregory Donoghue
                               Gregory T. Donoghue