UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>              Plaintiff<br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,<br><br>              Defendants | JOINT MOTION TO EXTEND<br>SCHEDULING ORDER |

Now come the parties to the above-captioned matter, and hereby respectfully request that this Honorable Court extend the Scheduling Order as follows:

1. Extend the deadline for plaintiffs' expert disclosures, which are presently due on May 30, 2006, to July 30, 2006.

2. Extend the deadline for defendants' expert disclosures to September 15, 2006.

3. Extend the deadline for the filing of dispositive motions to November 15, 2006.

As grounds for this request, the parties state that litigation of other matters has prevented them from appropriately researching and retaining expert witnesses in this matter, which involves, inter alia, claims of excessive force by plaintiff. The parties further state that they have completed fact discovery.

WHEREFORE, the parties jointly request that the Court extend the Scheduling Order in the manner described above.

|  |  |
|---|---|
|  | DEFENDANTS |
|  | BARRY MITCHELL AND CHRISTOPHER KENDER, |
|  | By their attorneys, |
|  | /s/Jackie Cowin<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 |
| DEFENDANTS | PLAINTIFF |
| TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, | GLENN S. BATES, |
| By their attorneys, | By his attorneys, |
| /s/Charles D. Mulcahy /jc<br>Charles D. Mulcahy (BBO# 359360)<br>Dina M. Swanson (BBO#654540)<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, MA 02767<br>(508) 823-4567 | /s/Timothy J. Perry /jc<br>Timothy J. Perry (BBO# 631397)<br>Gregory T. Donoghue (BBO#661480)<br>Preti Flaherty LLP<br>10 High Street<br>Boston, MA 02109<br>(617) 742-9012 |

283229/METG/0629