UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

| | |
|---|---|
| GLENN S. BATES,<br><br>                    Plaintiff<br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,<br><br>                    Defendants | CERTIFICATE OF COMPLIANCE <u>WITH LOCAL RULE 7.1(A)(2)</u> |

　　　　Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for defendants Christopher Kender and Barry Mitchell hereby certifies that she conferred with plaintiff's counsel regarding said defendants' Motion for Summary Judgment by letter, faxed on November 14, 2006.  As of the date of the filing of said motion, no response had been received.

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER KENDER
　　　　　　　　　　　　　　　　　　　　AND BARRY MITCHELL

　　　　　　　　　　　　　　　　　　　　<u>/s/Jackie Cowin</u>
　　　　　　　　　　　　　　　　　　　　Jackie Cowin (BBO# 655880)
　　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 556-0007

CERTIFICATE OF SERVICE

　　　　I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

298505/METG/0629