UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLENN S. BATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 05-10489-MEL |
| | ) |
| TOWN OF HARWICH and | ) |
| HARWICH POLICE DEPARTMENT, | ) |
| CHRISTOPHER KENDER and | ) |
| BARRY MITCHELL, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF GLENN BATES' OPPOSITION TO DEFENDANTS', TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT MOTION TO EXTEND THE TRACKING ORDER TO MONDAY, DECEMBER 11, 2006 TO FILE A MOTION FOR SUMMARY JUDGMENT LATE**

Now comes the Plaintiff, Glenn Bates, and hereby opposes the Motion to Extend the Tracking filed by Defendants, Town of Harwich and Harwich Police Department. In support of this opposition, Plaintiff states as follows:

1. Defendants have already requested, and received, an extension to the tracking order. Plaintiff did not oppose the first joint motion to extend the tracking order.

2. In the original motion to extend the scheduling order, all Defendants stated that fact discovery had been complete. Nearly six months after completing fact discovery, Defendants request an opportunity to draft their Summary Judgment Motion.

3. The online docket clearly states that the deadline for dispositive motions was November 15, 2006:

| 05/25/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 29 Motion for Extension of Time Plaintiffs' Expert Witness List due by 7/30/2006. Defendants' Expert Witness List due 9/15/06 |
|---|---|---|

|  |  | Depositive Motions due by 11/15/2006. (Howarth, George) (Entered: 05/25/2006) |

4.	Plaintiff respects Defendants' able counsel, and expects that a response to Defendants' Summary Judgment Motion will require significant time an energy.  The time spent by Plaintiff's counsel in answering the summary judgment will diminish the time needed to prepare for trial.  Moreover, in a conversation with Attorney Charles D. Mulcahy, this attorney was informed that the moving party's Summary Judgment Motion would be similar to the one already filed by Defendant Police Officers.

5.	The issue to be decided in this case is whether the Defendant Police Officers used excessive force when they shot Plaintiff.  Whether the officers used excessive force is a disputed fact that is not ripe for decision on Summary Judgment.

WHEREFORE, Plaintiff requests that the Court deny Defendants motion to extend the Scheduling Order.

Respectfully submitted,

GLENN S. BATES

By his attorneys,

/s/ Gregory T. Donoghue
Timothy J. Perry (BBO#631397)
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
10 High Street, Suite 502
Boston, MA  02110
TEL (617) 226-3800
FAX (617) 226-3801

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon counsel of record, listed below, vie the Court's ECF system and by pre-paid First Class, United States Mail to those indicated as non-registered participants on November 22, 2006.


Joseph L. Tehan, Esq.
Jackie Cowin, Esq.
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Charles D. Mulcahy, Esq.
Wynn & Wynn
90 New State Highway
Raynham, MA 02767


Dated: November 22, 2006

                                        /s/ Gregory T. Donoghue
                                        Gregory T. Donoghue