UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10489-MEL

_____
                                    *
GLENN S. BATES,                     *
    Plaintiff                      *
                                    *
v.                                  *
                                    *
TOWN OF HARWICH, HARWICH POLICE     *
DEPARTMENT, CHRISTOPHER KENDER,     *
and BARRY MITCHELL                  *
    Defendants                     *
_____ *

### DEFENDANTS', TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, MOTION FOR SUMMARY JUDGMENT

    Now comes the Defendants, Town of Harwich and Harwich Police Department, pursuant to Fed.R.Civ.P. 56(c) and hereby requests this Honorable Court enter Summary Judgment in their favor on all claims against them. As grounds therefore, the Defendants state that there are no genuine issues of material fact in dispute and the Town of Hariwch

                                            Respectfully submitted,
                                            For the Defendants,
                                            By their Attorneys,


                                            WYNN & WYNN, P.C.

                                            /s/Charles D. Mulcahy
                                            Charles D. Mulcahy
                                            BBO #359360
                                            Wynn & Wynn, P.C.
                                            90 New State Highway
                                            Raynham, MA   02767
                                            (508) 823-4567
                                            cmulcahy@wynnandwynn.com

Dated: December 8, 2006