UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GLENN S. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10489-MEL |
| | ) | |
| TOWN OF HARWICH and | ) | |
| HARWICH POLICE DEPARTMENT, | ) | |
| CHRISTOPHER KENDER and | ) | |
| BARRY MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION TO EXTEND
SUMMARYJUDGMENT OPPOSITION DATE TO JANUARY 19, 2007**

Pursuant to Fed. R. Civ. P. 56, plaintiff Glenn Bates, through undersigned counsel, hereby requests an extension to January 19, 2007 to file his opposition to the outstanding summary judgment motions.  As reasons therefore, Plaintiff's counsel states as follows:

1.  Plaintiff is indigent and has been homeless for a good portion of the preceding year.

2.  As a result, it has been difficult at times for counsel to confer with Plaintiff.

3.  Plaintiff has not yet reviewed the summary judgment opposition and supporting papers drafted by counsel.

4.  Counsel shall attempt to gain the review of same prior to January 19, 2007 and file the opposition at that time.

WHEREFORE, Plaintiff through undersigned counsel requests that he be allowed to file opposition to summary judgment by January 19, 2007.

        Respectfully submitted,

        GLENN S. BATES

        By his attorneys,

        /s/ Timothy J. Perry
        Timothy J. Perry (BBO#631397)
        Gregory T. Donoghue (BBO#661480)
        PRETI FLAHERTY BELIVEAU & PACHIOS LLP
        10 High Street, Suite 502
        Boston, MA  02110
        TEL (617) 226-3800
        FAX (617) 226-3801

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date a true copy of the above document was served upon counsel of record, listed below, via the Court's ECF system and by pre-paid First Class, United States Mail.

Joseph L. Tehan, Esq.
Jackie Cowin, Esq.
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Charles D. Mulcahy, Esq.
Wynn & Wynn
90 New State Highway
Raynham, MA 02767

Dated: January 8, 2007        /s/ Gregory T. Donoghue
                                                Gregory T. Donoghue