UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GLENN S. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10489-MEL |
| | ) | |
| TOWN OF HARWICH and | ) | |
| HARWICH POLICE DEPARTMENT, | ) | |
| CHRISTOPHER KENDER and | ) | |
| BARRY MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF FILING WITH THE COURT AND WITH COUNSEL OF PLAINTIFF'S DOCUMENT AFFIDAVIT AND ATTACHMENTS THERETO**

Plaintiff's document affidavit with attachments 1 through 7 in support of Plaintiff's Statement of Material Fact of Record as to Which There is a Genuine Issue to be Tried and Which Preclude Summary Judgment, are to be filed by hand with the Court, and served upon counsel of record by mail.

Respectfully submitted,

GLENN S. BATES

By his attorneys,

/s/ Timothy J. Perry
Timothy J. Perry (BBO#631397)
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
10 High Street, Suite 502
Boston, MA 02110

TEL (617) 226-3800
FAX (617) 226-3801

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon counsel of record, listed below, vie the Court's ECF system and by pre-paid First Class, United States Mail.

Joseph L. Tehan, Esq.
Jackie Cowin, Esq.
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Charles D. Mulcahy, Esq.
Wynn & Wynn
90 New State Highway
Raynham, MA 02767

Dated: January 19, 2007

                                             /s/ Gregory T. Donoghue
                                             Gregory T. Donoghue