UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GLENN S. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10489-MEL |
| | ) | |
| TOWN OF HARWICH and | ) | |
| HARWICH POLICE DEPARTMENT, | ) | |
| CHRISTOPHER KENDER and | ) | |
| BARRY MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of my appearance on behalf of Plaintiff, Glenn Bates in the above captioned matter.

                Respectfully submitted,

                GLENN BATES

                By his attorney,

                /s/ Gregory Donoghue
                Gregory T. Donoghue (BBO#661480)
                PRETI FLAHERTY BELIVEAU & PACHIOS LLP
                1 Beacon Street, Suit 3400
                Boston, MA  02108
                TEL (617) 226-3800
                FAX (617) 226-3801

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon counsel of record via electronic transmission through the ECF Program.

| | |
|---|---|
| Dated: May 22, 2007 | /s/ Gregory Donoghue |
| | Gregory T. Donoghue |