UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLENN S. BATES | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-10489-MEL |
| v. | ) | |
| | ) | |
| TOWN OF HARWICH, et al | ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated   August 14, 2007          /s/ George H. Howarth
Boston, Massachusetts                Deputy Clerk