UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

    Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

    Defendants

LOCAL RULE 7.1(A)(2)
CERTIFICATE OF CONFERRAL

Now comes the undersigned defense counsel, and hereby certifies that on December 4, 2007, co-defense counsel conferred, via letter (a copy of which is attached), with counsel for plaintiff in a good faith effort to resolve or narrow the issues set forth in Defendants Christopher Kender and Barry Mitchell's Motion in Limine to Preclude Testimony of Glenn Bates On the Grounds of Mental Incompetence.

DEFENDANTS,
CHRISTOPHER KENDER AND
BARRY MITCHELL
By their attorneys,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO # 655880)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

333049/METG/0629



**KOPELMAN AND PAIGE, P.C.**

*The Leader in Municipal Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

December 4, 2007

**Gregg J. Corbo**
gcorbo@k-plaw.com

<u>BY FACSIMILE (617) 720-4310
AND BY FIRST CLASS MAIL</u>

Timothy J. Perry, Esq.
Perry, Krumsiek & Jack
One McKinley Square
Boston, MA 02109

<u>BY FACSIMILE (781) 878-0476
AND BY FIRST CLASS MAIL</u>

Gregory T. Donoghue, Esq.
Tedeschi Food Shops, Inc.
14 Howard Street
Rockland, MA 02370

Re: Glenn S. Bates v. Town of Harwich, et al.
<u>U.S. District Court C.A. No. 05-10489-MEL</u>

Dear Counsel:

I am writing to confer pursuant to Local Rule 7.1(a)(2), with respect to Defendants Christopher Kender and Barry Mitchell's Motion in Limine to Preclude Testimony of Glenn Bates on the Grounds of Mental Incompetence. A draft copy of the proposed Motion is enclosed herewith for your reference. If there is any way that the issues raised in said Motion can be resolved or narrowed without filing the Motion, please contact me at your earliest convenience. Unless I hear from you sooner, I intend to file the Motion on Monday, December 10, 2007.

Thank you for your attention to this matter.

Very truly yours,

Gregg J. Corbo

GJC/lem
Enc.
cc: Mr. Andrew P. Shepley (GFMS 228757)

332443/60700/0629