UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10489-NMG

|  |  |
|---|---|
| GLENN S. BATES,<br>    Plaintiff<br><br>v.<br><br>TOWN OF HARWICH, HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, and BARRY MITCHELL<br>    Defendants | * * * * * * * * * * |

### DEFENDANTS', TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, WITNESS LIST

Now come the Defendants, Town of Harwich and Harwich Police Department, and hereby submit the following list of witnesses:

1. William Mason, Chief of Police
   Harwich Police Department, 183 Sisson Road, Harwich, MA 02645

2. Police Official, Town of Barnstable Police Department
   (to provide records involving the plaintiff, Glenn S. Bates)

Respectfully submitted,

/s/  *Charles D. Mulcahy*
Charles D. Mulcahy
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA  02767
(508) 823-4567
BBO #359360

Dated:  January 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2008.

/s/
Charles D. Mulcahy