UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-MEL

GLENN S. BATES,

          Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

          Defendants

LOCAL RULE 7.1(A)(2)
CERTIFICATE OF CONFERRAL

      Now comes the undersigned defense counsel, and hereby certifies that on February 11, 2008, counsel for Defendants Christopher Kender and Barry Mitchell attempted to confer, via telephone and facsimile letter, with counsel for Plaintiff in a good faith effort to resolve or narrow the issues set forth in Defendants Christopher Kender and Barry Mitchell's Motion to Compel Interrogatory Responses.

                                        DEFENDANTS,

                                        CHRISTOPHER KENDER AND
                                        BARRY MITCHELL,

                                        By their attorneys,

                                        /s/ Joseph L. Tehan, Jr.
                                        Joseph L. Tehan, Jr. (BBO # 494020)
                                        Kopelman and Paige, P.C.
                                        101 Arch Street, 12th Floor
                                        Boston, MA  02110
                                        (617) 556-0007

338285/METG/0629