UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN S. BATES,<br>    Plaintiff<br><br>v.<br><br>CHRISTOPHER KENDER and<br>BARRY MITCHELL<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO. 05-10489-MEL<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff Glenn S. Bates hereby requests the following voir dire questions per the Court's December 10, 2007 Order:

(1) Please provide the name of all towns or cities in which you have lived for the past ten years.

(2) Please state the name of all employers you have had for the past ten years.

(3) Please state your entire educational background.

(4) Please state your marital status.

(5) Please state the name of all employers of your spouse for the past ten years.

(6) Do you, your spouse, any family members or close friends now work for any law enforcement department or agency.

(7) Have you worked at any time for any law enforcement department or agency.

(8) Has your spouse, any family members or close friends ever worked for any law enforcement department or agency.

(9)  Are you more likely to believe the testimony of a police officer rather than a civilian because of the position he or she holds?

(10) Have you or your spouse ever been involved in a lawsuit? If yes, please specify the type of lawsuit and whether you were a plaintiff or defendant.

(11) Do you, your spouse, any family members or close friends now work for any court or governmental agency? If yes, please specify.

(12) Do you have any bias towards plaintiffs in civil lawsuits?

(13) Have you been exposed to any of the parties or claims in this matter through the media?

Respectfully submitted,

**PLAINTIFF GLENN S. BATES,**

By his attorney,

/s/ Timothy J. Perry
Timothy J. Perry (BBO #631397)
PERRY, KRUMSIEK & JACK LLP
One McKinley Square
Boston, MA 02109
(617) 720-4300
facsimile (617) 720-4310

]

## Certificate Regarding Service

I hereby certify that this document was served upon all counsel of record by the Court's ECF system.

Date: February 13, 2008

/s/ Timothy J. Perry
Timothy J. Perry