UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLENN S. BATES,<br>    Plaintiff<br><br>v.<br><br>CHRISTOPHER KENDER and<br>BARRY MITCHELL<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. NO. 05-10489-NMG<br>)<br>)<br>)<br>)<br>) |

<b><u>PLAINTIFF'S SUPPLEMENTAL WITNESS AND EXHIBIT LIST</u></b>

Plaintiff Glenn Bates hereby proposes to supplement his witness and exhibit lists that were filed with the pre-trial memorandum yesterday. The reason for the addition of these witnesses is for one purpose only: to retrieve the exhibits entered at the Plaintiff's criminal trial which gave rise to this action and, more particularly, to obtain for use at this trial the hockey stick claimed by the police to be the weapon Plaintiff used to assault Defendants. It is presently unknown whether these exhibits are within the possession of the Harwich Police Department, Barnstable Superior Court, or the Barnstable District Attorney.

<b><u>SUPPLEMENTAL WITNESSES</u></b>

(1)    Keeper of Records
        Harwich Police Department
        183 Sisson Road
        Harwich, MA 02645

(2)    Keeper of Records
        Criminal Clerk's Office
        Barnstable Superior Court
        3195 Main Street
        Barnstable, MA 02630

 (3) Keeper of Records
   Office of the District Attorney
   Cape & Islands District
   3231 Main Street
   Barnstable, MA  02630

## SUPPLEMENTAL EXHIBIT LIST

1. Hockey Stick entered as exhibit at Plaintiff's underlying criminal trial.

**WHEREFORE**, Plaintiff submits the foregoing supplemental exhibit and witnesses for trial.

      Respectfully submitted,

      **GLENN BATES**,

      /s/ Timothy J. Perry
      Timothy J. Perry (BBO#631397)
      Perry, Krumsiek & Jack LLP
      One McKinley Square
      Boston, MA  02109
      (617) 720-430
      FAX (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the counsel of record via the ECF filing system of the US District Court for the District of Massachusetts.

Dated: February 15, 2008      /s/ Timothy J. Perry
             Timothy J. Perry