UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-NMG

GLENN S. BATES,

   Plaintiff

v.

TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT, CHRISTOPHER
KENDER, AND BARRY MITCHELL,

   Defendants

DEFENDANTS CHRISTOPHER
KENDER AND BARRY MITCHELL'S
NOTICE OF OBJECTIONS

Now come the defendants, Christopher Kender and Barry Mitchell and, in accordance with the Court's pre-trial order of December 7, 2007, hereby give notice of their objections to the following Witnesses and Exhibits proposed by plaintiff, and the grounds for same:

   A.   <u>Witnesses</u>

   Lawrence M. Novak, M.D.

   C. Richard Williams, M.D.

   Laurence Young, M.D.

   Stephen Brooks, M.D.

   Arthur Aaronson, M.D.

   Evandelos G. Geraniotis

Plaintiff has stated that each of the above witnesses will testify to "medical treatment provided to plaintiff as a result of gunshot wounds inflicted by defendants." Defendants object to these witnesses to the extent that they may testify to matters that are the subject of expert opinion, as plaintiff has not disclosed these witnesses – or any other – as experts in accordance with the Rules of Civil Procedure. Specifically, the defendants object to the provision of opinion testimony concerning plaintiff's prognosis, and the long-term effects, if any, of his injuries.

Keeper of Records
Harwich Police Department

Keeper of Records
Barnstable County Superior Court Clerk's Office

Keeper of Records
Cape & Islands District Attorney's Office

Plaintiff stated, subsequent to the filing of the Pre-Trial Memorandum, that he intends to call these witnesses for the purpose of "retriev[ing] the exhibits used at plaintiff's criminal trial" and to obtain "the hockey stick claimed by the police to be the weapon plaintiff used to assault the defendants." Defendants object to the dilatory identification of these witnesses, and on the grounds that plaintiff is precluded from re-litigating the issue of defendants' reasonable apprehension of serious bodily harm, which was conclusively, and preclusively, litigated at plaintiff's criminal trial.

B.  Exhibits

1.  Harwich Fire Department (Paramedic) Reports

Defendants object to this Exhibit on grounds of hearsay.

2.  Hockey stick entered as exhibit at plaintiff's criminal trial

Defendants object to this Exhibit for the same reasons that they object to the calling of the Keepers of Records, above.

DEFENDANTS CHRISTOPHER KENDER
AND BARRY MITCHELL

By their attorneys,

/s/ Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110
(617) 556-0007

338304/METG/0629