UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-NMG

GLENN S. BATES,

        Plaintiff

v.

TOWN OF HARWICH AND HARWICH
POLICE DEPARTMENT, CHRISTOPHER
KENDER, AND BARRY MITCHELL,

        Defendants

DEFENDANTS KENDER AND
MITCHELL'S PROPOSED
JURY VOIR DIRE

      Now come defendants Christopher Kender and Barry Mitchell, and hereby propose the following voir dire questions for submission to the jury:

1.      Is there any member of the jury who feels that a gun should never be used, no matter what the circumstances?

2.      Is there any member of the jury who has any adverse feelings about individuals who work in law enforcement?

3.      Is there any member of the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

4.      Does any member of the jury believe that he/she, or a relative or close friend, has been subjected to an unreasonable use of force by a police officer?

5.      Does anyone on the jury believe that he/she, or a relative or close friend, has been treated unreasonably by a police officer?

6.      Has any member of the jury, or a member of his/her immediate family, ever been arrested, incarcerated, or convicted of a crime?

DEFENDANTS KENDER
AND MITCHELL,

By their attorneys,

/s/ Jackie Cowin_____
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C
101 Arch Street
Boston, MA  02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

338451/METG/0629