UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-NMG

GLENN S. BATES,

    Plaintiff

v.

TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER, AND BARRY MITCHELL,

    Defendants

PROPOSED ORDER

It is hereby ~~ordered~~ *directed* that the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts shall provide to Joseph L. Tehan, Jr., Kopelman and Paige, P.C., 101 Arch Street, Boston, Massachusetts, 02110, defense counsel in the above-captioned matter, within seven (7) days of the date of this order, all Criminal Offender Record Information (CORI), including but not limited to certified records of convictions, for the person listed below:

|  | **Glenn S. Bates** |
|---|---|
| Date of Birth: | **03/04/1961** |
| S.S.N.: | **011** |

/s/ N M Gorton
Nathaniel M. Gorton
United States District Judge

335669/METG/0629