UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-NMG

GLENN S. BATES,

     Plaintiff

v.

CHRISTOPHER KENDER AND BARRY MITCHELL,

     Defendants

DEFENDANTS' PROPOSED SPECIAL VERDICT QUESTIONS TO THE JURY

**Question #1.**

Was the force used by Christopher Kender in effecting the arrest of the plaintiff unreasonable?

Yes _____   No _____

Please go to Question #2.

**Question #2.**

Did Barry Mitchell use any force against plaintiff.

Yes _____   No _____

If your answer to both Question #2 and Question #1 is No, please go no further and advise the Clerk that you have reached a verdict.

If your answer to Question #2 is No, and your answer to Question #1 is Yes, please go to Question #4.

If your answer to Question #2 is Yes, regardless of what your answer to Question #1 is, please go to Question #3.

**Question #3.**

Was the force used by Barry Mitchell against plaintiff reasonable?

Yes _____   No _____

If your answer to Question #3 is Yes, please go to Question #4.

If your answer to Question #3 is No, and your answer to Question #1 is No, please go no further and advise the Clerk that you have reached a verdict.

**Question #4.**

What sum, if any, would fairly compensate the plaintiff for his claimed injuries?

Amount in Words (_____)

Amount by Figure (_____)

Please notify the Clerk that you have reached a verdict.

_____
Jury Foreperson

339439/METG/0629