CIVIL CASE NO: 05-10489

TITLE: Glen Bates VS. Christopher Kender, et al.,

## JURY PANEL

01. William Feeney
02. Beth Fuller
03. Donna Boston
04. Farah Zoquier
05. John Dwyer
06. Fred Dupuis
07. Joan Halunen
08. 
09. 
10. 
11. 
12. 

ALT. #1 _____ ALT. #2 _____
ALT. #3 _____ ALT. #4 _____

## WITNESSES

**PLAINTIFF/GOVT.**

01. Glen Bates
02. Dr. Lawrence Novak
03. Lt. Barry Mitchell, HPC
04. Sgt. Christopher Kender, HPC
05. 
06. 
07. 
08. 
09. 
10. 
11. 
12. 
13. 
14. 

**DEFENDANT**

01. Trooper Carol Harding, MSP
02. Trooper Joseph Condon, MSP
03. Sgt. Douglas Weddleton, MSP
04. 
05. 
06. 
07. 
08. 
09. 
10. 
11. 
12. 
13. 
14. 

(jury&wit.lst - 09/92)

Judge Gorton:

Can we have a tape measure and the DVD player to see video. (Please)

Bill Feeney
#1

2/29

We need more time and it will take more than a few hours.

Can we go home and come back Monday?

Bill Feeney

# 1