AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| Glen Bates | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Christopher Kender, et al., | Case Number: 05-10489 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Timothy Perry | Joseph Tehan, Jackie Cowin |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/25/08-- | Dahlstrom | Nicewicz |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/25/08 | x | x | Residence Apartment/Blueberry Inn of Glen Bates |
| 1A | | | x | x | Front photo Blueberry Inn |
| 2 | | | x | x | Series of photos of Glen Bates Apartment Blueberry Inn |
| A-H | | | x | x | "        "        "        " |
| 10 | | | x | x | Sideways view of staircase entrance/Overview of Apartment |
| 5 | | 2/26/08 | x | x | Hospital records |
| 5A-I | | | x | x | Hospital records emergency center report — |
| 13 | | | x | x | Hockey stick |
| | 14 | | x | x | A&B Verdict slip |
| | 15 | | x | x | Attempted Murder Verdict slip |
| | 9 | | x | x | 4 pages of Warrant Apprehension |
| | 40 | | x | x | Photo of Lt. Mitchell back |
| 4H | | | x | x | Photo of Sgt. Kender head |
| 6 | | | x | x | Use of Force policy |
| 8 | | | x | x | Rules and Regulations |
| | 3A-H | | x | x | Photo of Glock and forensics |
| | 4A B | | x | x | Lt. Mitchell hospital photos back |
| | E/F | | x | x | Lt. Mitchell hospital photos hands |
| | 4D/K | | x | x | Lt. Mitchell hospital photos |
| | 4L | | x | x | Lt. Mitchell hospital photos |
| | 4HM | &N | x | x | Sgt. Kender hospital photos head |
| | 4JO | | x | x | Sgt. Kender hospital photos hand |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Glen Bates vs. Christopher Kender, et al.   CASE NO. 05-10489

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 2/27/08 | x | x | 12/14/01 Police report |
| | 4C | | x | x | Photo of Lt. Mitchell injury |
| | 16 | | x | x | Aide to sentencing evaluation |
| | 11 | | x | x | MSP video |
| | 4A-H | | x | x | MSP photos of scene |
| 18 | | 2/29/08 | x | x | Report of Trooper Condon 11/30/01 |

Page _____ of _____ Pages