UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Glenn Bates,
    Plaintiff

v.                                                       Civil Action No. 05-10489-NMG

Kender, et al.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised in open court and on the record by counsel that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                          By the Court,

3/5/08                                                  /s/ Craig J. Nicewicz
  Date                                                   Craig J. Nicewicz
                                                         Courtroom Clerk