UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN S. BATES,<br>    Plaintiff<br><br>v.<br><br>CHRISTOPHER KENDER and BARRY MITCHELL,<br>    Defendants | Civil Action No.<br>05-10489-NMG |

**ORDER FOR PAYMENT INTO ESCROW**

It is hereby ordered that the unpaid balance of the settlement proceeds ($45,431.51) shall be paid within 48 hours by or on behalf of the defendants to Perry, Krumsiek & Jack LLP as attorneys for Glenn Bates. Such funds shall be deposited into that firm's interest-bearing escrow account. Plaintiff shall provide a copy of this Order to the Massachusetts Department of Transitional Assistance (Medicaid) and the United States Department of Health and Human Services (Medicare) within seven days of receipt. Such potential lienholders shall determine their interest, if any, and so advise plaintiff's counsel within 60 days of receipt of this Order. If no such lien has been brought to the attention of plaintiff's counsel within 90 days of this Order, the funds shall be released to Mr. Bates and his counsel. If any liens are determined to exist, the funds may be released from the escrow account for satisfaction

thereof and the balance, if any, shall be released to Mr. Bates and his counsel.

Within 14 days of the date of this Order, an additional sum of Two Thousand Dollars ($2,000) shall be paid by or on behalf of the defendants to plaintiff's counsel.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated May /3, 2008