UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10489-NMG

| | |
|---|---|
| GLENN S. BATES,<br><br>　　　　　　　　Plaintiff<br>v.<br><br>TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT, CHRISTOPHER KENDER AND BARRY MITCHELL,<br><br>　　　　　　　　Defendants | STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate and agree that the Complaint and all claims in said action be dismissed with prejudice, without interest, costs, expenses or fees to any party, and waiving all rights of appeal.

| | |
|---|---|
| PLAINTIFF<br>GLENN BATES,<br><br>By his attorney,<br><br>/s/ Timothy J. Perry_____<br>Timothy J. Perry (BBO# 631397)<br>Perry, Krumsiek & Jack<br>One McKinley Square<br>Boston, MA 02109<br><br>DEFENDANT TOWN OF HARWICH AND HARWICH POLICE DEPARTMENT,<br><br>By their attorney,<br><br>/s/\_\_ Charles D. Mulcahy_____<br>Charles D. Mulcahy (BBO# 359360)<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, MA 02767<br>(508) 823-4567 | DEFENDANTS,<br><br>CHRISTOPHER KENDER<br>AND BARRY MITCHELL,<br><br>By their attorneys,<br><br>/s/Joseph L. Tehan, Jr._____<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007<br><br>339906/METG/0629 |